UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
THE MKR GROUP, INC.,

                Plaintiff,

   - against -

CAPCOM CO., LTD., CAPCOM U.S.A., INC.,
and CAPCOM ENTERTAINMENT, INC.,

                Defendants.
---------------------------------------------------------------X

Civil Action No.

08 CV 01856

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff states that The MKR Group, Inc., is not publicly traded or owned by any other publicly owned entity.

Respectfully submitted,

KENYON & KENYON LLP

Dated: February 25, 2008     By: _____
Jonathan D. Reichman (JR3243)
Mimi K. Rupp (MR0007)
New York, NY 10004
Tel.: (212) 425-7200
Fax: (212) 425-5288

*Counsel for Plaintiff,*
*THE MKR GROUP, INC.*