IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
THE MKR GROUP, INC.,                :
                                    :
       Plaintiff,            :
                                    :
       -against-            :
                                    :   Case No. 08-CIV-01856 (DLC)
CAPCOM CO., LTD., CAPCOM U.S.A., INC., :
and CAPCOM ENTERTAINMENT, INC.,     :
                                    :
       Defendants.           :
---------------------------------------------------------- X

**NOTICE OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

In view of *Capcom Co. Ltd. v. The MKR Group, Inc.*, currently pending before the United District Court for the Northern District of California, Civil Action No. C 08-00904-JSW, Plaintiff The MKR Group, Inc. hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

Dated:   March 28, 2008          By: _____

Jonathan D. Reichman (JR3243)
Mimi K. Rupp (MR0007)

KENYON & KENYON LLP
One Broadway
New York, New York 10004
Tel:   (212) 425-7200
Fax:   (212) 425-5288

*Attorneys for Plaintiff*
*THE MKR GROUP, INC.*

So ordered.

_____
March 31, 2008

## CERTIFICATE OF SERVICE

I, Phillip K. Lum, do hereby certify that I caused a true and correct copy of the foregoing to be served on counsel for defendants as follows:

### BY PREPAID FIRST CLASS UNITED STATES MAIL

Rodger R. Cole
Fenwick & West LLP
801 California Street
Mountain View CA 94041

Dated: March 28, 2008

By: _____
Phillip K. Lum